IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREMANE D. CARTHEN, # 221052, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-334-ID |
| ) | |
| ) | |
| D.T. MARSHALL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 7, 2010, the Magistrate Judge entered a Recommendation (Doc. No. 10) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is ADOPTED. It is further ORDERED as follows:

1. Plaintiff's claims against the Montgomery County Detention Facility are summarily DISMISSED in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

2. The Montgomery County Detention Facility is DISMISSED as a defendant in this cause of action; and

3.  This case, with respect to Plaintiff's claims against defendants D.T. Marshall, Dr. Bates, nurse Hughley and nurse Strickland, and Derrick Cunningham is REFERRED back to the Magistrate Judge for appropriate proceedings.

Done this 23rd day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE