IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREMANE D. CARTHEN, #221052, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:10-CV-334-WKW |
| D. T. MARSHALL, *et al.*, | ) |
| Defendants. | ) |

### **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 52) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. # 52) of the Magistrate Judge is ADOPTED;

2. Defendants' motions for summary judgment are GRANTED;

3. This action is DISMISSED with prejudice; and

4. The costs of this proceeding are TAXED against Plaintiff.

A separate judgment will be entered.

DONE this 31st day of May, 2013.

                                          /s/ W. Keith Watkins
                               CHIEF UNITED STATES DISTRICT JUDGE